**No. 66240.**—Gloria Gloves, Inc. *v.* United States, protests 299539–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

**No. 66241.**—Air Clearance Association, Inc., et al. *v.* United States, protests 314050–K(B), etc. (New York).

Opinion by FORD, J. The record establishing that the merchandise consists of nylon hose or underwear similar in use to silk hose or underwear and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 30, 1961

**No. 66242.**—Alexander L. H. Darragh *v.* United States, protest 287120–K (Detroit).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of double slip H.O. gauge model railroad switches, used to interrupt or control the flow of electricity, wholly or in chief value of metal, the claim of the plaintiff was sustained.